# United States District Court

## Northern District of Indiana

KAMALA K. ENSZ, Personal Representative of the Estate of Timmy Ensz, Deceased
    Plaintiff

**JUDGMENT IN A CIVIL CASE**

v.

**Case No. 3:01CV58RM**

P.G.T. TRUCKING INC., a corporation
    Defendant

EDWARD W. LENZ
    Defendant

GENERAL MOTORS CORPORATION,
a corporation
    Defendant

TRANSCRAFT CORP., a corporation
    Defendant
    (term 08/20/01)

SOUTH BEND STAMPING, a Division of Tecumseh Metal Products
Inc., a corporation
    Defendant

TRANSCUNNINGHAM LLC, a corporation fka Transcraft Corp.
    Defendant


[X]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial, hearing or consideration before the Court. The issues have been tried, heard or considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff Kamala K. Ensz, Personal Representative of the Estate of Timmy Ensz, Deceased recover from the following defendants, from defendants P.G.T. Trucking Inc, a corporation and Edward W. Lenz the sum of $3,562,500 and from defendant South Bend Stamping, A division of Tecumseh Metal Products Inc, a corporation the sum of $187,500, with interest thereon at the rate of 1.32% from these defendants as provided by law, and her costs of action. It is further ADJUDGED that the plaintiff Kamala Ensz, Personal Representative of the Estate of Timmy Ensz, Deceased, take nothing from defendants General Motors Corporation and Transcunningham, L.L.C. fka Transcraft Corp, that the action is dismissed on the merits as to these defendants only.

Stephen R. Ludwig, Clerk

By _____
Deputy Clerk

**Equivalent Coupon Issue Yield**: 1.32%

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **March 26, 2003**.

A TRUE COPY ATTEST:
DATE: 3/27/03
_____
Clerk, U.S. District Court
Northern District of Indiana